| | | | |
|---|---|---|---|
| Lackawanna County Government Study Com'n v. Scranton Times, L.P. ....... | 03/23/2016 | Denied | Pa.Cmwlth., |
| | 961 MAL (2015) | | 125 A.3d 881 |
| Niculcea v. Unemployment Compensation Bd. of Review [36] .......... | 03/30/2016 | Denied | |
| | 964 MAL (2015) | | |
| Pedro v. Bureau of Administrative Adjudication ........ | 03/30/2016 | Denied | No. 282 CD 2015 |
| | 669 EAL (2015) | | |
| Roberts v. W.C.A.B. (Dept. of Public Welfare) [37] ....... | 03/23/2016 | Denied | |
| | 856 MAL (2015) | | |
| Schneider v. Com., Dept. of Transp., Bureau of Driver Licensing ........ | 03/30/2016 | Denied | Pa.Cmwlth., |
| | 739 MAL (2015) | | 118 A.3d 496 |

**36.** Reconsideration Denied May 9, 2016.

**37.** Reconsideration Denied April 27, 2016.